# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LAUREEN M. RYAN, TRUSTEE**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:00cv1854(DJS)<br>   Lead Case<br>   3:00cv2138(DJS) |
| **SULLIVAN HILL LEWIN REZ ENGEL<br>& LABAZZO, ET AL**<br>    Defendants | : |
| **LAUREEN M. RYAN, TRUSTEE**<br>    Plaintiff | : |
| v. | : 3:00cv2138(DJS) |
| **BELL BOYD & LLOYD**<br>    Defendant | : |

## ORDER

The Stipulation of Voluntary Dismissal (Doc. #33) and (Doc. #4) are hereby

**GRANTED.  The Clerk shall close 3:00cv2138(DJS) only.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   24th   day of February, 2004.


                                         /s/DJS
                                         Dominic J. Squatrito
                                         United States District Judge