**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LAUREN M. RYAN, **CHAPTER 11 TRUSTEE OF THE** **ESTATE OF RAYMARK INDUSTRIES,**     Plaintiff, <br><br> v. <br><br> **SULLIVAN, HILL, LEWIN, REZ** **ENGEL AND LABAZZO, et al.,**     Defendant. | CIVIL ACTION NO. <br><br> No. 3-00-CV-1854(DJS) <br><br><br> OCTOBER 25, 2004 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

The undersigned hereby appears in the above-referenced adversary proceeding on behalf

of defendants (i) **Sullivan, Hill, Lewin, Rez, Engel and Labazzo**, (ii) **Nelson, Mullins, Riley &**

**Scarborough, L.L.P.**, and (iii) **Tom Riley Law Firm, P.L.C.**  The undersigned requests that

notice of all matters and hearings in the above-referenced adversary proceeding and copies of all

papers, orders and pleadings filed therein, be served upon the following:

> Shannon R. Tracy
> Baker O'Sullivan & Bliss PC
> Putnam Park, Suite 100
> 100 Great Meadow Road
> Wethersfield, CT  06109-2371
> Phone:  (860) 258-1993
> Fax:  (860) 258-1991
> tracy@boblawyers.com

2

**SULLIVAN, HILL, LEWIN, REZ, ENGEL
AND LABAZZO,
NELSON, MULLINS, RILEY &
SCARBOROUGH, L.L.P., and
TOM RILEY LAW FIRM, P.L.C.**

/s/

By:

    Shannon R. Tracy (ct25905)
    Baker O'Sullivan & Bliss PC
    Putnam Park, Suite 100
    100 Great Meadow Road
    Wethersfield, CT  06109-2371
    Phone:  (860) 258-1993
    Fax:  (860) 258-1991
    tracy@boblawyers.com
    Their Attorney