## CERTIFICATION
## 3:00-CV-1854(DJS)

I hereby certify that I have, this 25th day of October 2004, served the foregoing **Notice of Appearance and Request for Notice and Motion for Extension of Time** by U.S. Mail, postage prepaid, to the following counsel of record.

| | |
|---|---|
| James C. Graham, Esq.<br>Pepe & Hazard<br>Goodwin Square<br>225 Asylum Street<br>Hartford, CT  06103-4302<br>(Counsel to Laureen M. Ryan, Trustee) | George J. Marcus, Esq.<br>Marcus, Clegg & Mistratta, P.A.<br>100 Middle Street, East Tower<br>Portland, ME 04101<br>(Counsel to Thomas McNaboe; Spohrer, Wilner Maxwell, Maciejewki & Mathews, PA; and Wright & Coon, PA) |
| Kristin B. Mayhew, Esq.<br>Pepe & Hazard<br>30 Jelliff Lane<br>Southport, CT  06490-1436<br>(Counsel to Laureen M. Ryan, Trustee) | Niclas A. Ferland, Esq.<br>Tyler Cooper & Alcorn<br>205 Church Street<br>P.O. Box 1936<br>New Haven, CT  06509-1910<br>(Counsel to William Skepnek d/b/a Skepnek & Maddox) |
| Dominic Fulco, III, Esq.<br>Reid and Riege PC<br>One State Street<br>Hartford, CT  06103-3185<br>(Counsel to Bjork Lawrence Poeschl & Kohn) | Eric M. Gross, Esq.<br>Green & Gross, P.C.<br>1087 Broad St., Suite 401<br>Bridgeport, CT  06604<br>(Counsel to Thomas McNaboe; and Thompson, McNaboe, Ashley & Bull, LLC) |
| Craig S. Taschner, Esq.<br>Polivy & Taschner, LLC<br>Six Central Row, 2nd Floor<br>Hartford, CT  06103<br>(Counsel to Butera, Beausang, Cohen & Brennan, P.C.) | Thomas D. Goldberg, Esq.<br>Day, Berry & Howard<br>One Canterbury Green<br>Stamford, CT  06901-2047<br>(Counsel to Bell, Boyd & Lloyd) |
| U.S. Trustee's Office<br>One Century Tower<br>265 Church Street, Suite 1103<br>New Haven, CT  06510-7016<br>(U.S. Trustee) | Thomas J. O'Neill, Esq.<br>Day Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT  06901<br>(Counsel to Bell Boyd & Lloyd) |

By: /s/
Shannon R. Tracy