UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAUREN M. RYAN,<br>CHAPTER 11 TRUSTEE OF THE<br>ESTATE OF RAYMARK INDUSTRIES,<br>    Plaintiff,<br><br>v.<br><br>SULLIVAN, HILL, LEWIN, REZ<br>ENGEL AND LABAZZO, et al.,<br>    Defendant. | CIVIL ACTION NO.<br><br>No. 3-00-CV-1854(DJS)<br><br><br><br>OCTOBER 25, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut (the "Local Rules"), Defendants Sullivan, Hill, Lewin, Rez, Engel and Labazzo; Nelson, Mullins, Riley and Scarborough, L.L.P.; and Tom Riley Law Firm, P.L.C. (collectively, the "Movants"), hereby move the Court to extend by four (4) days, to Friday, October 29, the time to file a motion for reconsideration of this Court's decision denying the Defendants' Joint Motion to Dismiss, or, in the Alternative, for Summary Judgment and granting the Plaintiff's Motion for Summary Judgment, and respectfully represent and allege as follows:

1. Local Rule 7(c) provides that

    [m]otions for reconsideration shall be filed and served within ten (10) days of the filing of the decision or order from which such relief is sought, and shall be accompanied by a memorandum setting forth concisely the matters or controlling decisions which counsel believes the Court overlooked in the initial decision or order.

D. Conn. L. Civ. R. 7(c).

2. This Court's Memorandum of Decision Court denying the Defendants' Joint Motion to Dismiss, or, in the Alternative, for Summary Judgment and granting the Plaintiff's Motion for Summary Judgment (the "Decision") was entered on October 14, 2004.

3. Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the deadline to file a motion for reconsideration of the Decision is October 25, 2004.

4. As required by Local Rule 7(b)(3), Movants have inquired of opposing counsel and opposing counsel consents to the extension of time requested herein.

**WHEREFORE**, Defendants Sullivan, Hill, Lewin, Rez, Engel and Labazzo; Nelson, Mullins, Riley and Scarborough, L.L.P.; and Tom Riley Law Firm, P.L.C. respectfully request that the Court extend by four (4) days, to Friday, October 29, the time to file a motion for reconsideration of the Decision.

**DEFENDANTS,**
**SULLIVAN, HILL, LEWIN, REZ, ENGEL &**
**LABAZZO; NELSON, MULLINS, RILEY &**
**SCARBOROUGH, L.L.P.; AND**
**THE TOM RILEY LAW FIRM, P.L.C.**

By:  /s/
_____
Alan Robert Baker (ct05623)
William J. O'Sullivan (ct08452)
Denise R. Polivy (ct19676)
Shannon R. Tracy (ct25905)
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
Phone (860) 258-1993
Fax (860) 258-1991
Their Attorneys