UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAUREN M. RYAN,<br>CHAPTER 11 TRUSTEE OF THE<br>ESTATE OF RAYMARK INDUSTRIES,<br>    Plaintiff,<br><br>v.<br><br>SULLIVAN, HILL, LEWIN, REZ<br>ENGEL AND LABAZZO, et al.,<br>    Defendant. | CIVIL ACTION NO.<br><br>No. 3-00-CV-1854(DJS)<br><br><br><br>OCTOBER 29, 2004 |

## MOTION FOR RECONSIDERATION

Pursuant to Rule 7(c) of the Local Civil Rules of the United States District Court for the District of Connecticut, Defendants Sullivan, Hill, Lewin, Rez, Engel and Labazzo; Nelson, Mullins, Riley and Scarborough, L.L.P.; and Tom Riley Law Firm, P.L.C. hereby move the Court to reconsider its decision denying the Defendants' Joint Motion to Dismiss, or, in the Alternative, for Summary Judgment and granting the Plaintiff's Motion for Summary Judgment, and respectfully represent and allege as follows:

1. Rule 7(c) provides that

   [m]otions for reconsideration shall be filed and served within ten (10) days of the filing of the decision or order from which such relief is sought, and shall be accompanied by a memorandum setting forth concisely the matters or controlling decisions which counsel believes the Court overlooked in the initial decision or order.

D. Conn. L. Civ. R. 7(c).

**ORAL ARGUMENT IS REQUESTED.**

2. This Court's Memorandum of Decision denying the Defendants' Joint Motion to Dismiss, or, in the Alternative, for Summary Judgment and granting the Plaintiff's Motion for Summary Judgment (the "Decision") was entered on October 14, 2004.

3. Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the deadline to file a motion for reconsideration of the Decision was October 25, 2004.

4. On October 25, 2004, Defendants, with Plaintiff's consent, filed with the Court a motion to extend until October 29, 2004 the deadline to file a motion for reconsideration.

5. A Memorandum of Law setting forth the matters and controlling decisions that the Court overlooked in the Decision is filed herewith.

**WHEREFORE**, Defendants Sullivan, Hill, Lewin, Rez, Engel and Labazzo; Nelson, Mullins, Riley and Scarborough, L.L.P.; and Tom Riley Law Firm, P.L.C. respectfully request that the Court grant this Motion for Reconsideration.

Dated at Wethersfield, Connecticut, this 29th day of October, 2004.

**DEFENDANTS,
SULLIVAN, HILL, LEWIN, REZ, ENGEL &
LABAZZO; NELSON, MULLINS, RILEY &
SCARBOROUGH, L.L.P.; AND
THE TOM RILEY LAW FIRM, P.L.C.**

By /s/
   Alan Robert Baker (ct05623)
   William J. O'Sullivan (ct08452)
   Denise R. Polivy (ct19676)
   Shannon R. Tracy (ct25905)
   Baker O'Sullivan & Bliss PC
   Putnam Park, Suite 100
   100 Great Meadow Road
   Wethersfield, CT 06109-2371
   Phone (860) 258-1993
   Fax (860) 258-1991
   Their Attorneys