UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAUREEN M. RYAN, TRUSTEE | : | CIVIL ACTION NOS.: |
| Chapter 11 Trustee of the Estate | : | No. 3:00CV1854 (DJS) – Lead Case |
| of Raymark Industries, Inc., | : | No. 3:00CV1855 (DJS) |
| | : | No. 3:00CV1856 (DJS) |
| Plaintiff, | : | No. 3:00CV1857 (DJS) |
| | : | No. 3:00CV1858 (DJS) |
| v. | : | No. 3:00CV1859 (DJS) |
| | : | No. 3:00CV2134 (DJS) |
| SULLIVAN, HILL, LEWIN, REZ, | : | No. 3:00CV2135 (DJS) |
| ENGEL AND LABAZZO, et al., | : | No. 3:00CV2136 (DJS) |
| | : | No. 3:00CV2137 (DJS) |
| Defendants. | : | No. 3:00CV2138 (DJS) |
| | : | |
| | : | MAY 27, 2005 |

**PLAINTIFF TRUSTEE'S STATEMENT OF NON-OPPOSITION TO REFERRAL OF THESE MATTERS TO THE BANKRUPTCY COURT**

Plaintiff Laureen M. Ryan, Trustee hereby states, in response to this Court's May 11, 2005 order to show cause why this matter should not be referred to the United States Bankruptcy Court for the District of Connecticut, that she does not oppose such referral to the Bankruptcy Court.

LAUREEN M. RYAN, TRUSTEE

James C. Graham – ct06064
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
(860) 522-5175

Certificate of Service

I hereby certify that a true copy of the foregoing Statement was served by US first class mail, postage prepaid, this 27th day of May, 2005, upon each of:

Counsel for Bjork, Lawrence, Poeschl & Kohn
Dominic Fulco, III, Esq.
Reid & Riege, P.C.
One State Street
Hartford, CT  06103-3185

Counsel for Sullivan, Hill, Lewin, Rez, Engel and Labazzo; and
Nelson Mullins
Alan Robert Baker, Esq.
Baker, O'Sullivan & Bliss, P.C.
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT  06109

Counsel to Spohrer, Wilner, Maxwell, Maciejewski & Mathews, P.A.; Wright & Coon, P.A. and
Thomas McNaboe
George J. Marcus, Esq.
Michael J. Gartland, Esq.
Marcus, Grygiel & Clegg, P.A.
100 Middle Street - East Tower
Portland, ME  04101-4102

Counsel for Butera, Beausang, Cohen & Brennan, P.C.
William J. Brennan, Esq.
Butera, Beausang, Cohen & Brennan, PC
630 Freedom Business Center
King of Prussia, PA  19406

Andrew Constantine, Esq.
Andrew Constantine II, PC
75 Montgomery Street, Suite 200
Jersey City, NJ  07302

Counsel to Thomas McNaboe; Wright & Coon, P.A. and Spohrer, Wilner, Maxwell, Maciejewski & Mathews, P.A.
Niclas A. Ferland, Esq.
Tyler, Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT  06509

Counsel for Skepnek & Maddox and William Skepnek
Cynthia F. Grimes, Esq.
Grimes & Rebein, L.C.
15301 West 87th Street, Suite 200
Lenexa, KS  66219

Counsel for Butera, Beausang, Cohen & Brennan, P.C.
Craig S. Taschner, Esq.
Polivy & Taschner LLC
6 Central Row
Hartford, CT  06103

Counsel for Butera, Beausang, Cohen & Brennan, P.C.
Alan A. Turner, Esq.
1725 Spruce Street
Philadelphia, PA  19103

_____