UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
: 
**LAUREEN M. RYAN, TRUSTEE,**           :   Individual Case Numbers:
    Chapter 11 Trustee of the Estate of :   No. 3:00CV1854 (DJS) – Lead Case
    Raymark Industries, Inc. ,          :   No. 3:00CV1855 (DJS)
                                        :   No. 3:00CV1856 (DJS)
        Plaintiff,                      :   No. 3:00CV1857 (DJS)
                                        :   No. 3:00CV1858 (DJS)
    v.                                  :   No. 3:00CV1859 (DJS)
                                        :   No. 3:00CV2134 (DJS)
**SULLIVAN, HILL, LEWIN, REZ, ENGEL**   :   No. 3:00CV2135 (DJS)
**AND LABAZZO,** *et al.*,              :   No. 3:00CV2136 (DJS)
                                        :   No. 3:00CV2137 (DJS)
        Defendants.                     :   No. 3:00CV2138 (DJS)
_____:

**RESPONSE TO THE MAY 11, 2005 ORDER TO SHOW CAUSE
WHY THIS MATTER SHOULD NOT BE REFERRED TO THE
<u>UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF CONNECTICUT</u>**

Defendants Thomas McNaboe, Wright & Coon, P.A., Spohrer, Wilner, Maxwell, Maciejewski & Mathews P.A., Skepnek & Maddox and William Skepnek (collectively, the "Defendants"), hereby submit this Response (the "Response") to the May 11, 2005 Order to Show Cause Why this Matter Should not be Referred to the United States Bankruptcy Court for the District of Connecticut (the "OSC").

**INTRODUCTION:**

The Defendants are all defendants in the within cases in which the Plaintiff seeks, among other relief, to avoid and recover certain allegedly fraudulent, preferential and/or unauthorized transfers pursuant to 11 U.S.C. §§ 547(b), 548(a), 549(a) and 550(a). The Defendants have each filed responsive pleadings, raised various defenses and counterclaims and, as was (and remains) their right, timely and properly demanded a trial by jury on all issues so triable by endorsing this

demand on their respective responsive pleadings. See Fed.R.Bankr.P. 9015(a) (incorporating Fed.R.Civ.P. 38(a) by reference).

None of the Defendants have, by any action or inaction on their part, waived their right to a trial by jury.

The reference of these actions to the Bankruptcy Court for the District of Connecticut was withdrawn by the District Court pursuant to 28 U.S.C. § 157(d) and these cases have been pending before the District Court for some time.

## ARGUMENT:

It is well established that a right to a jury trial exists in actions concerning claims such as those that must be tried in these cases. See, e.g., Granfinanciara v. Nordberg, 492 U.S. 33, 36, 64, 109 S.Ct. 2782, 2802 (1989) (jury trial right exists in fraudulent transfer actions).

Jury trials may be conducted by a Bankruptcy Court only if the Bankruptcy Court has been specifically designated to conduct jury trials and all parties have expressly consented to the bankruptcy court conducting the jury trial. See 28 U.S.C. § 157(e). Furthermore, the Bankruptcy Court for the District of Connecticut has a specific rule requiring the parties to consent to the Bankruptcy Court conducting a jury trial within 30 days of the initial demand for a jury trial. See D.Conn. LBR 9015-1(b) ("the parties may consent to have a jury trial conducted by a bankruptcy judge … by jointly or separately filing a statement of consent no later than thirty (30) days following the jury trial demand").

Neither the Plaintiff nor any of the Defendants have filed a statement of express consent to have a jury trial before the Bankruptcy Court and thus the jury trial (or trials) on these cases must be held before the District Court.

The Defendants also adopt and incorporate by reference any applicable arguments made by any of the other defendants in the other above referenced cases and submitted in response to the OSC.

In view of the foregoing and the necessity to have a trial by jury before the District Court, these cases should not be referred back to the Bankruptcy Court.

Date:   May 27, 2005
        New Haven, Connecticut           **DEFENDANTS:**
                                         *Skepnek & Maddox, William Skepnek;*
                                         *Thomas McNaboe;*
                                         *Spohrer, Wilner, Maxwell, Maciejewski &*
                                         *Mathews, PA; and Wright & Coon, PA*


                                         By: /s/ Niclas A. Ferland
                                             Niclas A. Ferland, Esq.  ct13119
                                             Tyler Cooper & Alcorn, LLP
                                             205 Church Street
                                             P.O. Box 1936
                                             New Haven, CT  06509
                                             Tel:   203.784.8200
                                             Fax:   203.789.2133
                                             email: ferland@tylercoooper.com

                                                   and

                                             George J. Marcus, Esq.
                                             Michael J. Gartland, Esq.
                                             Marcus, Grygiel & Clegg, P.A.
                                             100 Middle Street
                                             East Tower
                                             Portland, ME 04101-4102

                                             Co-Counsel to *Thomas McNaboe;*
                                             *Spohrer, Wilner, Maxwell, Maciejewski &*
                                             *Mathews, PA; and Wright & Coon, PA*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 27, 2005, a copy of the foregoing *Response to the May 11, 2005 Order to Show Cause Why this Matter should not be Referred to the United States Bankruptcy Court for the District of Connecticut* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System. In addition, the parties set forth on Schedule A have been served by first class mail

                                          By: /s/ Niclas A. Ferland
                                              Niclas A. Ferland, Esq.  ct13119
                                              Tyler Cooper & Alcorn, LLP
                                              205 Church Street
                                              P.O. Box 1936
                                              New Haven, CT  06509
                                              Tel:   203.784.8200
                                              Fax:   203.789.2133
                                              email: ferland@tylercoooper.com

**SCHEDULE A**

James C. Graham, Esq.
Pepe & Hazard, LLP
225 Asylum Street
Goodwin Square
Hartford, Connecticut 06103
    (Counsel for the Plaintiff)

William J. O'Sullivan, Esq.
Alan Robert Baker, Esq.
Baker O'Sullivan & Bliss PC
100 Great Meadow Road, Suite 100
Wethersfield, CT 06109
Counsel to:
*Sullivan, Hill, Lewin, Rez, Engel and Labazzo;*
*Tom Riley Law Firm PLC; and*
*Nelson Mullins Riley & Scarborough, LLP*

Dominic Fulco III
Federal Bar No. ct06494
Reid and Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT 06103
Counsel to:
*Bjork Lawrence Poeschl & Kohn*

Andrew Constantine, Esq.
Andrew Constantine II, PC
75 Montgomery Street, Suite 200
Jersey City, NJ 07302

Thomas J. O'Neill, Esq.
Day Berry & Howard
One Canterbury Green
Stamford, CT 06901
Counsel to: *Bell Boyd & Lloyd*

Craig S. Taschner, Esq.
Policy & Taschner
Six Central Row
Hartford, CT 06123
Counsel to: *Butera Beausang*

William J. Brennan, Esq.
Butera, Beausand, Cohen & Brennan, PC
630 Freedom Business Center
King of Prussia, PA 19406

Alan A. Turner, Esq.
1725 Spruce Street
Philadelphia, PA 19103

Eric M. Gross, Esq.
Green & Gross, PC
1087 Broad Street, Suite 401
Bridgeport, CT 06604

Roberta Schwartz, Esq.
Law Office of Roberta Schwartz
4920 Main Street
Bridgeport, CT 06606

Christopher J. Stroebel, Esq.
Bell, Boyd & Lloyd
70 W. Madison Street, Suite 3300
Chicago, IL 60602-4207

Rosanne Ciambrone, Esq.
Bell, Boyd & Lloyd LLC
Three First National Plaza, Suite 3300
70 West Madison Street
Chicago, IL 60602-4207

Cynthia F. Grimes, Esq.
Grimes & Rebein, L.C.
15301 West 87th Street, Suite 200
Lenexa, KS 66219
Kansas counsel to: *William Skepnek*
                *Skepnek & Maddox*